IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2008 MAR 31 AM 10: 58
*illegible signature*
CLERK OF GA.

EARL PARRISH, JR.,      )
                        )
        Petitioner,     )
                        )
v.                      )       CASE NO. CV407-48
                        )
Warden TILLMAN,         )
                        )
        Respondent.     )
                        )

O R D E R

After a careful de novo review of the record in this case, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

SO ORDERED this 31st day of March, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA